[No. 12738-9-III.    Division Three.    March 24, 1994.]

PAUL E. PETERSON, ET AL, *Respondents*, v. JAMES D. BINGER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 91-2-00096-0, Ted Kolbaba, J., entered Septem-

ber 4, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.